**Exhibit 4**

Page 1

1                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
2
3                    CASE NO.  22-cv-23196-PCH
4
5

    JOHN F. LABRIOLA,
6
                    Plaintiff,
7
    vs.
8
    MIAMI-DADE COUNTY,
9
                    Defendant.
10   _____/
11
12
13                              111 N.W. 1st Street
                               Miami, Florida
14                             28th Floor
                               Thursday, June 1, 2023
15                             10:32 a.m. - 3:25 p.m.
16
17
18
                    DEPOSITION OF JOHN F. LABRIOLA
19
20                    Taken before IVETTE OVIEDO, RPR and Notary
21   Public For the State of Florida at Large, pursuant to
22   Notice of Taking Video Deposition filed in the above
23   cause.
24
25

Page 2

```
 1        APPEARANCES:
 2                PACIFIC JUSTICE INSTITUTE
                  BY:  ALEXANDER A. BUMBU, ESQ.
 3                1021 Ives Dairy Road
                  Suite 115
 4                Miami, Florida  33179-2537
                  On behalf of the Plaintiff.
 5                abumbu@pji.org
 6                MIAMI-DADE COUNTY ATTORNEY'S OFFICE
                  BY: WILLIAM X. CANDELA, ESQ.
 7                and ANDREA S. de ONA, ESQ.
                  111 N.W. 1st Street
 8                Suite 2810
                  Miami, Florida  33128
 9                On behalf of the Defendant.
                  wxc@miamidade.gov
10                andreadeona@miamidade.gov
11         ALSO PRESENT:
12                EDWIN ARAGON, VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1                              INDEX
     EXAMINATION
2

     Witness Name                                         Page
3

     John F. Labriola
4

         Direct By Mr. Candela ................................. 4
5

         Cross By Mr. Bumbu .................................. 150
6

7

8

9

10

11                             EXHIBITS
12   Exhibit        Description                     Identification
13   Exhibits 1 -   Binder containing tabs 1 - 18   74
     18
14

     Exhibit A      Job Description of County Commission   75
15                  Media Aid.
16   Exhibit B      Amended Complaint               76
17   Exhibit C      Article written by Fred Hiers   135
18

     (**Note: Exhibits not received at time of production.)
19

20

21

22

23

24

25
```

Page 4

1              THE VIDEOGRAPHER:  We are now on the record.

2       The time is 10:33 a.m.  Today's date is June 1st,

3       2023.  This is the video deposition of John

4       Labriola in the matter of John Labriola versus

5       Miami-Dade County.  The Videographer is Edwin

6       Aragon.  The Court Reporter is Ivette Oviedo on

7       behalf of Veritext Legal Solutions.  This video

8       deposition is taking place at 111 Northwest 1st

9       Street, 28th Floor, Miami, Florida 33128.

10              Counsel, please identify yourselves and

11       state whom you present.

12              MR. CANDELA:  Bill Candela, Assistant County

13       Attorney on behalf of defendant, Miami-Dade

14       County.

15              MR. BUMBU:  Alexander Bumbu of the Pacific

16       Justice Institute on behalf of the plaintiff, John

17       F. Labriola.

18   Thereupon:

19              JOHN F. LABRIOLA

20   was called as a witness and, having been first duly

21   sworn, was examined and testified on his oath as follows:

22              DIRECT EXAMINATION

23   BY MR. CANDELA:

24       Q    Good morning.  My name is Bill Candela.  I'm

25   an Assistant County Attorney.  I'm going to be asking you

Page 43

```
 1    Vega was a commissions -- commission aid to Commissioner
 2    Diaz, correct?
 3         A     I don't recall her exact title.
 4         Q     Okay.
 5         A     But she was working for Commissioner Diaz.
 6         Q     And she worked with you during that time on,
 7    for example, press releases, correct?
 8         A     That's right.  Yes.
 9         Q     She also told me that she worked with you
10    and collaborated with you in drafting articles for the
11    military newsletter; is that correct?
12         A     Yes.  Yes.  That's correct.
13         Q     Okay.  Because Chairman Diaz was the head of
14    the Military Affairs Committee during that time?
15         A     That's correct.
16         Q     Okay.  And -- and he was Commissioner Diaz
17    during that time, correct?
18         A     Yes.
19         Q     Okay.  And Commissioner Diaz he was -- he
20    sat and was the Chair of the Military Affairs
21    Committee?
22         A     Yes.
23         Q     And one of duties and responsibility as the
24    Chair of Military Affairs Committee was to publish a
25    newsletter, correct?
```

Page 44

1        A     I believe -- I believe so because -- because
2   I mean, the only information -- I mean, knowledge I have
3   of it was that Olga would ask me to write his column.
4        Q     Right.
5        A     I don't know exactly how that varied.
6        Q     Okay.
7        A     I don't know what his -- if that was
8   something that was a duty of his or it was something that
9   he decided to do, so that part I don't know.
10       Q     All right.  Fair enough.
11             But you worked on this newsletter with Olga
12  Vega?
13       A     Just -- just that column.
14       Q     Right.  Okay.  Just the column.
15             And how was your work in relation with Olga
16  Vega during that time?
17       A     Oh, it was -- it was fine.
18       Q     Okay.  How was your work in relation with
19  Olga Vega in preparing this column for the newsletter?
20             MR. BUMBU:  Objection.  Ambiguity.
21       A     It was fine.
22  BY MR. CANDELA:
23       Q     Did you find her to be courteous?
24             MR. BUMBU:  Objection.  Relevance and
25             ambiguity.

Page 45

```
 1          A     Yes.
 2   BY MR. CANDELA:
 3          Q     Okay.  And to be professional at the work
 4   place?
 5                MR. BUMBU:  Objection.  Relevance and
 6          ambiguity.
 7          A     I would -- I would say, yes.
 8   BY MR. CANDELA:
 9          Q     Okay.  And tell me what your roll was in
10   preparing this column for the -- is it called the
11   Military Affairs newsletter?
12          A     That I don't recall.  I don't recall the
13   name of it.
14          Q     Okay.  Tell me how you collaborated with
15   Olga in preparing these columns?
16          A     I don't recall because it was so long ago.
17   But I do -- do remember that she was ask me to draft
18   something.  I don't remember if it was -- she probably
19   gave me the topic.
20          Q     Okay.
21          A     I believe she probably gave me the topic and
22   more or less what she wanted --
23          Q     Okay.
24          A     -- and then she just asked me could you
25   write something along those lines.
```

Page 46

```
 1          Q     Okay.  Olga Vega told me that you were a
 2   very good writer.
 3          A     Okay.
 4          Q     Did she ever tell you that you were a very
 5   good writer?
 6          A     I believe, I mean, it's been a long time
 7   ago --
 8              MR. BUMBU:  Objection.  Relevance, and I
 9          would -- may I ask that you rephrase your
10          statement as questions.
11              THE WITNESS:  But I don't remember if she
12          used those exact words, but I think she was happy
13          with --
14              MR. CANDELA:  Okay.  You can make whatever
15          objection you want.  I will do whatever question I
16          want and the judge can sort it out later.  Okay?
17          Thank you.
18              MR. BUMBU:  Thank you.
19   BY MR. CANDELA:
20          Q     So tell me about some of the topics that you
21   wrote columns about in this -- for the Military Affairs
22   newsletter?
23          A     That I don't recall, I don't recall any of
24   them because it was so long ago.  I just recall doing
25   it.
```

Page 47

1        Q      Okay.

2        A      Oh, wait.  I mean, I think I do remember a

3    couple.  So there were -- there were a couple that were

4    around specific military holidays.  I think there was one

5    that I -- I don't remember the topic except other than it

6    was like Veterans Day.

7        Q      Okay.

8        A      And maybe one for Memorial Day.  Something

9    like that.

10       Q      All right.  Were these columns weekly,

11   monthly?

12       A      I -- I don't believe it was weekly.  It was

13   something less than weekly.

14       Q      During this period of time -- and I'm again,

15   we're going roughly 2017 to 2021 when you are a media aid

16   at BCC media division, did you write other columns for

17   other commissioners?

18       A      Can you repeat the period again?

19              MR. BUMBU:  Objection.  Compound question.

20   BY MR. CANDELA:

21       Q      Let's -- let's make the period 2015 to 2021.

22       A      Yes.  I did.

23       Q      Okay.  And I want to talk about those.  What

24   other columns did you write?  And if you can tell me the

25   commissioner?

Page 48

```
 1         A      Edmonson.  She was Chair from 20- -- well,
 2    prior to, it was just prior to Diaz.  So those two years
 3    before.
 4         Q      Okay.  And what columns would you write for
 5    then Chair Edmonson?
 6         A      I can't remember the name of the
 7    publication, but she had -- I don't know if it was
 8    monthly or quarterly.  It may have been monthly.  She had
 9    -- they gave her the opportunity to do a monthly, I
10    believe it was monthly, column in the publication.  Which
11    I don't recall the name of.
12         Q      And this is a publication that the
13    Commissioner puts out with her picture on it?
14         A      No, it was not.  It was a publication it was
15    a private publication and she had the opportunity to
16    submit a column.  So she took advantage of that
17    opportunity.
18         Q      Do you -- do you remember what the topics
19    were that you wrote for Commissioner Edmonson in this
20    private publication?
21         A      I remember maybe a few of them.  I think
22    there was one that was about, there was one about science
23    careers for women.  That was one of them I recall.  STEM
24    careers for women.
25         Q      How about other commissioners, did you end
```

Page 49

```
 1   up writing columns for any of the other commissioners?
 2        A     Yeah.  I'm pretty sure there were some
 3   others that I wrote columns for.
 4        Q     Didn't you writ a column for Commissioner
 5   Sosa?
 6        A     I believe -- yes, when she was -- when she
 7   was Chair.
 8        Q     And tell me about the columns that you wrote
 9   for Commissioner Sosa?
10        A     Okay.  I don't remember what -- it could
11   have been like the MPO publication, one of those that
12   does an annual edition and so she or whoever the Chair
13   was at the time, would submit a sort of -- like a sort of
14   introductory column or like a welcome-type of column.
15        Q     So MPO, that's the -- that has to do with
16   transit; isn't that right?
17        A     I think they -- yes.  I think they changed
18   their name.  I forget what the new name was.  But...
19        Q     Do you know what the acronym MPO stands
20   for?
21        A     Metropolitan -- Metropolitan Planning
22   Association, but I know they changed their name.
23        Q     Okay.  In writing these columns, for -- for
24   example -- for example, then chair Edmonson you had to
25   collaborate with one of her staff members?
```

Page 50

```
 1          A      That's right.
 2          Q      Right.  And who would be that staff member
 3     for Commissioner Edmonson?
 4          A      I'm trying to remember her name, but I can't
 5     think of her name.
 6          Q      Okay.  What about Commissioner Sosa when you
 7     would write the columns for her, you had to collaborate
 8     with one of her staff members; isn't that right?
 9          A      Yes.
10          Q      Was that --
11          A      It was a long time ago.
12          Q      -- Betty?
13          A      I don't recall if it was her.  Because she
14     had -- she had some staff changes over the time that I
15     was working there.  So I don't remember if it was her or
16     somebody else.
17          Q      All right.  I'm going to ask you about a
18     couple of other commissioners.  Commissioner Martinez,
19     did you end up writing columns for Commissioner
20     Martinez?
21          A      No.  That would have been many years -- many
22     years prior because I was working for the office of the
23     Chair the first time around was around 2005, '06.  So it
24     would have been around that time.
25          Q      Now, in 20- -- in January of 2021,
```

```
 1    Commissioner Diaz is elected to become the Chair and I
 2    believe that -- that occurred in November of 2020,
 3    approximately?
 4          A     I think so.
 5          Q     Okay.  And first -- and as part of accepting
 6    that position as the Chair he has to give a speech; isn't
 7    that right?
 8                MR. BUMBU:  Objection.  Relevance.
 9          A     I don't recall when the speech was.  I do
10    remember there was a sort of like an inauguration --
11    BY MR. CANDELA:
12          Q     Correct.
13          A     -- inauguration thing that they did for him.
14          Q     Correct.
15          A     An induction or whatever they called it at
16    the time.
17          Q     Right.  Sorry for interrupting.
18          A     Yeah, sure.
19          Q     There was an inauguration event?
20          A     Uh-huh.
21          Q     Correct?
22          A     Yes.
23          Q     And was that held at Adrienne Arsht
24    building?
25          A     I don't think it was.  It was somewhere
```

```
 1   else.  I think it was at the port --
 2          Q      Okay.
 3          A      -- or something.  I don't recall exactly.
 4                 MR. BUMBU:  I object to that question on
 5          relevance.
 6   BY MR. CANDELA:
 7          Q      And -- and Olga Vega worked with you in
 8   preparing the acceptance speech for Chairman Diaz; isn't
 9   that correct?
10          A      So I don't, like, as far as the acceptance
11   speech.  I don't remember if there was an acceptance
12   speech.  I do remember there was a speech that he gave
13   when he assumed the office versus when he was elected to
14   it, which would have been before.
15          Q      Okay.  And that's a speech that I'm
16   referring to.  You worked with Olga Vega in preparing
17   that speech for Commissioner Diaz, correct?
18          A      Yes.  And actually -- yes, and actually, I
19   think it was at the stadium.  I think that was at the
20   stadium.
21          Q      Correct.  Thank you.
22                 And you're talking about JRS?
23          A      Whatever they call it now.  Joe Robbie
24   event.
25          Q      All right.  Joe Robbie event.
```

Page 53

```
 1              MR. BUMBU:  Objection, relevance.
 2    BY MR. CANDELA:
 3         Q    We go back a long way.
 4              Okay.  I want to talk about that speech.
 5    You worked with Olga Vega in preparing that speech?
 6         A    I do recall working with her on that, yes.
 7         Q    And I want to talk about that speech writing
 8    process.  Would she give you the topics and then ask you
 9    to prepare a speech along regarding these -- the topics
10    that she told you?
11              MR. BUMBU:  Objection.  Compound question
12         and ambiguity.
13         A    Yeah, yeah.  I think it was.  I mean, it's
14    been a long time, but I think she basically gave me like
15    the outline of what she wanted to say.
16    BY MR. CANDELA:
17         Q    Okay.  So we are now in 2021.  Okay.  We're
18    in January 2021.  Olga Vega becomes the head of the BCC
19    media division; is that correct?
20         A    Yes.
21         Q    She's appointed to that position by Chairman
22    Diaz?
23         A    That's correct, yes.
24         Q    And in the media division you worked with
25    two other media aids, correct?
```

Page 56

1          Q     In fact, you earned a salary of
2     approximately $70,000 in 2021; isn't that correct?
3          A     I mean, can you show me the -- I think so,
4     yeah.
5          Q     You're the one that earned it, you know,
6     right?
7          A     Yeah.  I don't remember the exact amount.
8          Q     Approximately.  About $70,000, correct?
9          A     Correct.
10          Q     Okay.  And in this position working for the
11     Chair sometimes you'd have to work on weekends,
12     correct?
13          A     I do -- I do remember doing that on various
14     occasions prior to his chairmanship --
15          Q     Okay.
16          A     -- but the time I was with him was so short
17     I don't recall any particular weekends.  I do recall that
18     with the prior Chair because it was a longer period.
19          Q     Right.  Because with -- with Chairman Diaz
20     you only worked with him from January of 2021 through
21     April of 2021 --
22          A     Yes.
23          Q     -- correct?
24          A     Through April 14th.
25          Q     Correct.  But with Chairman Edmonson, you

Page 57

1    worked for her for two years?

2          A    Yes.

3          Q    Okay.  Now, lets talk about when you worked

4    for Chairman Edmonson.  As a media aid, do you work on

5    weekends?

6          A    Not every weekend, but if there was an

7    event, mostly with her it was food giveaways on weekends.

8          Q    And -- and sometimes you'd have to work

9    after 5:00 p.m. in the evenings?

10         A    I don't recall any specific instances of

11   that, but it's possible.  I do remember the weekends for

12   sure.

13         Q    And these food events that you were talking

14   about with Chairman Edmonson, they would be in the north

15   part of town?

16         A    They would be in her district.

17         Q    In her district, okay.  What -- what

18   district did she have?

19         A    Three.  It was three -- yeah, three.

20         Q    Okay.  And three and that constitutes the

21   Liberty -- what I'm going to call the northend of town?

22         A    Yeah, I think it was Liberty City and

23   Allapattah.

24         Q    Okay.  And these food events would occur on

25   weekends?

Page 58

1            MR. BUMBU:  Objection.  Relevance.

2       A    As far as I recall, I think they were all --

3  I think they were all on Saturdays, if not most.  But I

4  believe all of them were on Saturdays.

5  BY MR. CANDELA:

6       Q    You told me that they would occur at her

7  district?

8       A    In her district.

9       Q    In her district.

10           And it would require you to actually

11  physically go to that district?

12      A    Right.

13      Q    And in those food events when you were

14  actually physically in the district, would they hand out

15  parcels of food?

16      A    That's right.

17           MR. BUMBU:  Objection.  Relevance.

18  BY MR. CANDELA:

19      Q    And they would hand it out to the local

20  residents?

21      A    Local or whoever came.  I don't know if they

22  checked their IDs for their residency.

23           MR. BUMBU:  Objection.  Relevance.

24  BY MR. CANDELA:

25      Q    And how many people from the media division

Page 59

```
 1    other than yourself would have to physically go to these
 2    event in the district?
 3                   MR. BUMBU:  Objection.  Calls for
 4          speculation.
 5          A     I recall pretty much the entire staff being
 6    there.  The entire staff not just media division, but
 7    everybody.
 8    BY MR. CANDELA:
 9          Q     Who was your immediate supervisor at the
10    media division when Chairman Edmonson served her two year
11    term as Chair?
12          A     That's the lady whose name I can't recall.
13    It may come to me later, but she was a young lady, I
14    don't -- I don't remember her name.  Just at the moment.
15          Q     Okay.  Would these events take place on a
16    monthly basis?  And we're talking about the events food
17    distribution in Commissioner Edmonson's district.
18          A     Sometimes they were more frequent than
19    that.
20          Q     I'm sorry.  Did you say more frequent?
21          A     I believe, sometimes they were more frequent
22    than monthly.  I could be wrong about that but it seemed
23    like we were out there a lot.  So I believe on occasion
24    it was more than once a month but I could be wrong about
25    that.
```

1        Q      And during those food events, in some of
2   them they would have music bands playing?
3                MR. BUMBU:  Objection.  Relevance, calls for
4          speculation.
5        A      I don't -- I don't remember the music.
6   BY MR. CANDELA:
7        Q      During these events -- food events when
8   you're distributing food to the public, you'd have to
9   interact with the public?
10               MR. BUMBU:  Objection.  Relevance.
11       A      I think what I was doing was mostly like
12  helping the rest of the staff set up.  And it was kind of
13  like, in some cases, it was like an assembly line type of
14  situation, where I would -- one of us would hand the box
15  to somebody else and that person would give the box to
16  the person in the car.
17  BY MR. CANDELA:
18       Q      You were part of that assembly line?
19       A      Yeah, or other things.
20       Q      What other things?
21       A      Other thinks like setting -- setting up --
22       Q      As a -- as a made media aid you're given a
23  County cell phone?
24       A      That's correct.
25       Q      You were also given a laptop?

Page 62

```
 1          Q      Would you get reimbursed for the mileage?
 2                 MR. BUMBU:  Objection.  Relevance.
 3          A      No.
 4   BY MR. CANDELA:
 5          Q      Other than the laptop, the cell phone, were
 6   you given any other equipment to work -- to perform your
 7   duties as a media aid?
 8          A      I don't recall in additional equipment.
 9          Q      Okay.
10          A      I know the office had a camera.
11          Q      And I was good ask you about that.  Did you
12   ever have occasion to take photographs with the camera
13   over at -- as a media aid?
14                 MR. BUMBU:  Objection.  Relevance.
15          A      I used my cell phone.  There was another
16   employee who occasionally used the camera.  I think she
17   also mostly used her cell phone but there were occasion
18   when she used the camera as well.
19   BY MR. CANDELA:
20          Q      All right.  And you would use your cell
21   phone to take pictures or to take film?
22          A      Well, my roll was mostly, you know, helping
23   with non-social media stuff but when the other employee
24   who did focus -- focus on social media, when she was not
25   available, I would do like, you know, like for example,
```

Page 63

```
 1   at the food events, I would take a picture of the

 2   Commissioner handing out food and post it on her Twitter

 3   account.

 4         Q     Okay.  Does each Commissioner have a Twitter

 5   account?

 6         A     I don't know.  I don't know.

 7         Q     But Edmonson had a Twitter account?

 8         A     Yes.

 9         Q     How about Commissioner Diaz, did he have a

10   Twitter account?

11         A     I don't recall he might have.

12               MR. BUMBU:  Objection.  Relevance.

13   BY MR. CANDELA:

14         Q     Okay --

15         A     I don't recall handling his Twitter account.

16   I think that might have been Olga Vega who did that.

17         Q     Did -- what other work did you do with

18   Chairman Edmonson as it relates to social media?

19         A     She had a Facebook account also.  She had an

20   Instagram, too, but I can't remember if I did anything on

21   the Instagram.  I remember Facebook and -- and Twitter.

22         Q     Okay.  What would you do on Commissioner

23   Edmonson's Facebook account?

24         A     The same thing, post a picture.

25         Q     Would you write the caption?
```

Page 64

 1        A      Yeah, it was usually a very brief -- very
 2   brief caption.  You know, Edmonson -- Commissioner
 3   Edmonson, or Chairwoman Edmonson, you know, is
 4   distributing food at such and such a location until
 5   whatever time.
 6        Q      While you worked as a County Commission
 7   media aid from 2015 to 2021 approximately at that time,
 8   did you ever have any outside employment during that
 9   time?
10        A      Not that I recall.
11        Q      Okay.  Did you ever -- during that time, did
12   you ever publish any books?
13        A      Not that I recall, no.
14        Q      Now, as a commission media aid, we talked
15   earlier that you worked on publishing press releases,
16   correct?
17        A      Yes.
18        Q      And you would publish press releases at the
19   request of individual commissioners; is that correct?
20        A      Right.  Well, it was the -- usually, what it
21   was the commissioners aid whoever that might be, who
22   would reach out to me.
23        Q      Okay.  And for these individual
24   commissioners as a media aid, you also published other
25   types of news releases?

1        A     Yes.

2        Q     Like for example, for one of commissioners

3    you helped publish a press release after a shooting.  I

4    believe it was Commissioner Monestime?

5        A     Okay.  I don't recall that specific

6    incident, but it possible.

7        Q     Okay.  Do you recall publishing any press

8    releases concerning shootings for any County

9    Commissioner?

10       A     I think, yeah.  Yes.  I do.  I don't

11   remember if it was Monestime.  It may have been

12   Monestime, but I do recall there may have been at least

13   one.

14       Q     And in these press releases, you, for

15   example, would create a quote for the Commissioner to be

16   published?

17            MR. BUMBU:  Excuse me.  May you please

18        rephrase that as a question?

19   BY MR. CANDELA:

20       Q     Isn't that correct?

21       A     So, yeah.  Yeah, well, the quote would be

22   subject to the approval --

23       Q     Right.

24       A     -- but it would be along the lines of

25   something that they want him to say on that issue.  And

Page 66

1   so I would prepare both the -- both the press release and

2   the quote according to what they wanted, and then they

3   might -- sometimes they would say "We don't like that

4   quote, change it to this" or whatever.

5           Q    Right.  You would collaborate with each

6   Commissioner's staff in order to get the right quote?

7           A    Right.

8           Q    And these press releases would be released

9   not only to the print media but they would be released to

10  television?

11          A    Yes.

12          Q    They would be released to NPR?

13          A    I don't recall if NPR was included in

14  that.

15          Q    Okay.  They would be released to radio --

16          A    Yes.

17          Q    -- as well.  Did you ever as a media aid,

18  did you ever work with Spanish media?

19          A    Yes.

20          Q    Okay.  Do you speak Spanish?

21          A    Yes.

22          Q    Okay.  How would you work with Spanish media

23  as a media aid?

24          A    The same thing they would -- they would be

25  included in our media list and they would receive the

Page 67

1    press releases.  If, you know, there was a public records

2    request from a member of the Spanish media we would

3    handle it just as if it were a member of the English

4    media.

5            Q      Okay.  Did you get to know any of the

6    Spanish media personalities as working with the -- with

7    the media in the media division?

8            A      Not really like get to know.  I mean, I

9    remember seeing them and recognizing them.

10           Q      Were you introduced to them?

11           A      I don't recall being introduced.  It may

12   have happened but I don't recall a specific incident.

13           Q      Okay.  Because one of the duties working in

14   the media aid is to answer the phone, correct?

15           A      Well, the -- the phone in our media office,

16   there was sort of universal line --

17           Q      Right.

18           A      -- and it all the phones would ring.  So,

19   you know, it would be one line, I mean, but it would go

20   to all the phones in the -- also whoever was there would

21   pick up and a if it was a public records request, you

22   know, we would direct them to how to -- how to submit it

23   or whatever, whatever it was.  It could have been

24   somebody from one of the commission offices calling.

25           Q      Right.  And on occasion you'd have to answer

Page 68

```
 1    the phone from a media outlet, correct?
 2         A     Yes, occasionally.
 3         Q     And on occasion you would have to talk to
 4    some reporter about some topic, correct?
 5         A     Well, when it came to reporters, it was
 6    understood that I was not to be quoted --
 7         Q     Right.
 8         A     -- that -- that I was not the person that
 9    represented the Commissioner.
10         Q     Right.
11         A     But if they wanted to get, for example, ask
12    for a public records request, I would help facilitate
13    that and if they wanted to arrange for an interview with
14    the Commissioner then I would contact not the
15    Commissioner directly, but one of my supervisors.
16         Q     Did you ever -- as media aid, did you ever
17    work on any pamphlets?
18         A     Can you be specific as far as what you mean
19    by "pamphlets"?
20         Q     Well, for example, I know that Commissioners
21    -- the Chairs publish monthly, I call them pamphlets, but
22    a document letting -- something that says, to the
23    citizens of Miami-Dade County, this is what we are doing
24    here at Miami-Dade County.  These are the upcoming
25    events.  Okay.  What would you call that publication?
```

1       A     Well, I'm trying to think back as to what

2    publications we had.  Let's see, there was the Chamber

3    Gazette.  There was the Chamber Gazette, for example.

4       Q     Right.

5       A     Yeah.  There was a -- there were a couple of

6    different iterations of Chamber Gazette.  The last one

7    that I recall was not published physically but it was

8    online, and that was just like a compilation of, you

9    know, each Commissioner -- Commissioner's aid submitted

10   one event and one piece of legislation that they want to

11   highlight and they submitted the descriptions themselves.

12             Like, there was very little editing that we

13   did on our end or that I did on my end.  Usually, just

14   checking to see if there were any typos, grammatical

15   errors or things like that.  That was the second or

16   whatever the final iteration of the Chamber Gazette.  It

17   was greatly reduced in scope from what it had been

18   prior.

19       Q     Okay.  So the County Commission Chairperson

20   would publish the Chamber Gazette, correct?

21       A     The -- well, it was -- it was the -- okay,

22   so there were a couple of different Chamber Gazettes.

23       Q     Okay.

24       A     So there was -- there was a physically

25   published version and then later on that was eliminated

1   and I believe that was eliminated when Diaz became Chair.

2   And then we went to just an online thing that was greatly

3   reduced in -- in size and scope.

4        Q    What other publications similar to the

5   Chamber Gazette would be published by the media

6   division?

7        A    That -- let's see, so it was mostly the

8   press releases, that was the main -- main product that we

9   produced.  I'm trying to think back, and then again, like

10   the columns and things like that.  Those were the main

11   things.

12        Q    Okay.  Did you ever write speeches for

13   Commissioner Edmonson?

14        A    Well, I worked on talking points, yes.

15        Q    Okay.

16        A    For her.

17        Q    Can you give me an example of one of

18   those?

19        A    I can't recall any specific one but -- well,

20   actually I -- there was -- there was, okay, I do remember

21   there was some kind of ribbon -- not ribbon cutting, but

22   there was a building that was renovated.  I think a

23   government building that was renovated somewhere in her

24   district, and it was like grand reopening or something

25   like that and, you know, so we provided, talking -- I

1   mean, I provided talking points for that.

2          Q     Right.  Was that the opening of what was

3   called Pork & Beans building at the time?

4          A     Well, that was one of them but there was

5   also a government -- there was also a government building

6   that was I think renovated or something happened.

7          Q     Okay.

8          A     But, yeah, that Pork & Beans was also --

9   that -- that was the housing complex --

10         Q     Correct.

11         A     -- that was renovated.

12         Q     And did -- and I remember Commissioner

13  Edmonson gave a speech regarding the opening of the Pork

14  & Beans complex that was renovated, correct?

15         A     Right.

16         Q     Okay.  And did you collaborate in preparing

17  that speech for Commissioner Edmonson?

18         A     That specific one, I can't recall, but it's

19  quite possible.

20         Q     Okay.  Were there other speeches that you

21  collaborated in preparing the speech for Commissioner

22  Edmonson?

23         A     Yes.  Yes.  There was another -- like I

24  said, it was a government building.  It was a government

25  office building I think.  It was like a government office

Page 72

1    building and I just don't recall which --

2         Q    Do you recall the name of government office

3    building?

4         A    No.

5         Q    Okay.

6         A    It was a government office building that

7    also had like a public service component to it, but I

8    don't recall what services that they handled for the

9    public.

10        Q    I wanted to go over some documents.  So I

11   have a -- this is for you and I got copies for both of

12   you.

13             MR. BUMBU:  John, I'm going to ask you to --

14        with the documents, take your time.

15        A    Okay.

16   BY MR. CANDELA:

17        Q    Okay.  You were issued a disciplinary action

18   report in 2021, correct?

19        A    Yes.

20        Q    Okay.  Just go to tab 10.

21             MR. CANDELA:  How would you like to number

22        these as we go along?  We can just stick with the

23        numbers that I'm saying because --

24             THE COURT REPORTER:  That's better.

25             MR. CANDELA:  -- I don't want to complicate

Page 121

1    period?

2         A    I don't recall.  Again, it's so long ago, I

3    don't even remember any specifics about that time.

4         Q    In your lawsuit you are seeking

5    reinstatement to the position that you held as a media

6    aid?

7         A    Yes.

8         Q    Okay.  And what was it about that position

9    as a media aid that you enjoyed when you worked here at

10   the County?

11        A    Well, I enjoyed the, you know, the writing

12   and, you know, and, you know, crafting messages based

13   upon what was -- what I was asked to -- the message was

14   basically, you know, the message that I was given and

15   then I had to craft it to make it sound good.  And also

16   taking legislation and being able to convert that into

17   language that was relatable to the public.  That was a

18   lot of the stuff that I did, you know, as a media aid.

19        Q    In other words, you were a wordsmith, for

20   lack of a better word?

21        A    Yeah.

22        Q    Okay.  I want to talk a little bit what you

23   said that where you would get legislation and then put it

24   in language that would then be disseminated to the

25   public.

1    particular one.

2         Q    Okay.  And in this e-mail Mr. Lopez is

3    letting you know that IO7-45 training is the subject of

4    the training you have been ordered to complete.  Is that

5    correct?

6         A    Yes.

7         Q    Okay.  You did not complete that training --

8         A    Not at --

9         Q    -- as request by Mr. Lopez?

10        A    Not at that time.  That's correct.

11        Q    Okay.  Have you seen -- okay, I know that

12   you were ordered to take the IO7-45 training and it was

13   to be done remotely, correct?

14        A    That -- that was my understanding.  Yeah,

15   via the computer.

16        Q    Right.  Via the computer.  And that you

17   could do it at your home, correct?

18        A    That I -- I don't recall specifically.

19        Q    Okay.  And that you were to do it while on

20   duty, correct?

21        A    Yeah.  Yes.

22        Q    You would be -- you would be getting paid

23   while you were doing this training?

24        A    That's my recollection.

25        Q    And the training is a visual training,

Page 150

1   video that was that was -- that was referenced in later

2   discovery.

3       Q    Right.  But you didn't, we already

4   established that you never asked him about that?

5       A    About -- about what specifically.

6       Q    Right.  Okay.

7            MR. CANDELA:  I'd like -- I think I'm almost

8       done.  I'd like to take a five-minute break.

9            THE VIDEOGRAPHER:  We're going off the

10      record at 2:56.

11           (Whereupon, a break was taken.)

12           THE VIDEOGRAPHER:  We're back on the record.

13      The time is 2:59.

14           MR. CANDELA:  I don't have any further

15      questions.  Thank you, Mr. Labriola.

16           MR. BUMBU:  All right --

17           THE VIDEOGRAPHER:  I need to change the

18      media.  We're going off the record.  The time is

19      2:59.

20           (Whereupon, a break was taken.)

21           THE VIDEOGRAPHER:  We are on the record.

22      The time is 3:00.

23                 CROSS-EXAMINATION

24   BY MR. BUMBU:

25       Q    Good afternoon, Mr. Labriola.  So this is

Page 152

```
 1        A     Yes.

 2        Q     And you say this happened in the gym?

 3        A     Right.  And it was caught on video.  So then

 4   we went to -- so she -- so she actually filed this

 5   lawsuit against me claiming stalking and so forth.  And

 6   the judge looked at the video and pretty much dismissed

 7   the case almost as if like I think he laughed her out of

 8   court, it was very, it was embarrassing I think to her.

 9        Q     Okay.  So would it be true to say that she

10   walked up and struck you?

11        A     Yes.

12        Q     Okay.  And was she criminally charged?

13        A     She was.

14        Q     Okay.  And was she criminally charged for

15   striking you?

16        A     Yes.

17        Q     Okay.  And you mentioned that she filed some

18   petition against you.  Are you saying that it was

19   dismissed?

20        A     That's right.  I think it was -- she was

21   asking for -- what was it -- a restraining order or

22   something like that and it was dismissed.

23        Q     Okay.  I'm going to pivot to something else

24   that Mr. Candela asked you about earlier today.  He asked

25   you about the military newsletter column for Chairman
```

Page 153

1   Diaz.  Did your name appear on any of those columns?

2         A      No, it did not.

3         Q      Did your contact information appear on any

4   of those columns?

5         A      No.

6         Q      Did anyone direct you what to write on those

7   columns?

8         A      Olga Vega told me basically what she wanted

9   and then I just took what her basic message that she

10  wanted to convey and turned it into a column of the

11  length that she wanted.

12        Q      Did -- okay.  Did anyone review what you

13  wrote?

14        A      Yes.  Olga Vega.

15        Q      Okay.  And just to clarify, was that a final

16  review before the column was published?

17        A      I don't know.  It may have been.  I don't

18  know if she also showed it to Diaz before it was

19  published.  It's possible she did.  I don't know.

20        Q      Okay.  Did you act as chairman -- or then

21  Commissioner Diaz's spokesperson?

22        A      No.

23        Q      The next issue I will -- I will pivot to is

24  another thing that Mr. Candela asked you earlier today,

25  and that was -- I believe it was a private publication

Page 154

1    for then Chairman Audrey Edmonson; is that a correct

2    characterization of it?

3         A    Yes, we were discussing a private

4    publication but it wasn't for Edmonson.  She was offered

5    the opportunity to submit a column and she did and I

6    think it was monthly.

7         Q    Okay.  Did your name appear on any of those

8    columns?

9         A    No, it did not.

10        Q    Did your contact info appear on any of those

11   columns?

12        A    No.

13        Q    Did anyone direct you what to write in those

14   columns?

15        A    Yes.  Again, I can't remember.  It was a

16   young lady that worked for Commissioner Edmonson.  For

17   some reason, her name continues to escape me, but she

18   would basically tell me the topic that she wanted.

19        Q    Okay.  And did that -- that lady review what

20   you wrote?

21        A    Yes.

22        Q    Okay.  Did you act as Chairman Edmonson's

23   spokesperson?

24        A    No.

25        Q    Okay.  The next thing I will ask you about a

                                                    Page 155

1    column -- another thing that Mr. Candela asked about

2    earlier --

3         A    I sorry.  I just remembered her name Chelsea

4    -- Chelsea something.  I just can't remember the last

5    name.  I think it was Chelsea, but anyway, I could be

6    wrong about that, too.

7         Q    Okay.  He asked -- Mr. Candela asked you

8    about a column for Commissioner Sosa, correct?

9         A    Yes.

10        Q    Did your name appear on any of those

11   columns?

12        A    No.

13        Q    Did your contact info appear in any of those

14   column?

15        A    No.

16        Q    Did anyone direct you what to write in those

17   columns?

18        A    Yes.  I don't remember for Edmonson who it

19   was, but I was basically told more or less the message

20   and it would be like a greeting or something to that

21   effect.

22        Q    Okay.  I think -- and I'm referring to --

23   I'm referring to Commissioner Sosa.  I think you

24   accidentally said Edmonson?

25        A    Oh, I'm sorry.  You said Sosa?

1      Q     I'm asking about Commissioner Sosa.

2      A     Okay.  So, yeah, same thing.  It was

3  basically, I was told it needed to be some kind of, like

4  a introduction or a welcome type of message and that's

5  what I would write.

6      Q     Okay.  Mr. Candela also asked you about a

7  column for Commissioner -- then Commissioner Martinez,

8  correct?

9      A     Yes.

10      Q     Did your name appear on any of those

11  columns?

12      A     I don't recall any specific column, but

13  whatever I did produce for him did not have my name --

14  you know, that I recall -- as a byline.  Now, this --

15  this was so long ago, we're talking well over ten years

16  ago, so I don't recall that far back, but it would have

17  been before I was rehired in 2013 when I - when I worked

18  for him.

19      Q     Do you remember if you're contact info

20  appeared on any of those -- any of those columns for then

21  chairman -- then Commissioner Martinez?

22      A     I don't recall specific columns from that

23  far back but I don't believe it did.

24      Q     Did anyone direct you what to write on those

25  columns?

Page 157

```
 1        A      Yes.  It was Chairs -- well, at the time --
 2   on staff.
 3        Q      Okay.  Earlier Mr. Candela also asked you
 4   about any social media work that you did for then
 5   Commissioner Audrey Edmonson; didn't he ask you about
 6   that?
 7        A      Yes.  When she was Chair, yes.
 8        Q      Okay.  Did you work on any social media post
 9   for Edmonson?
10        A      Yeah.  Not too many.  Very few actually
11   because it was not my primary function.  There was
12   another lady -- a young lady in the office that -- whose
13   primary function was social media, so it would basically
14   only be when she was not available or she was on vacation
15   or whatever.
16        Q      Did your name appear on any of social media
17   post?
18        A      No.
19        Q      Did any -- did your name appear on any
20   social media photographs?
21        A      No.
22        Q      When did you -- on what occasions would you
23   take photographs for Edmonson?
24        A      The ones I recall were the food
25   distributions, so that would be when she -- during the
```

1   COVID crisis.

2       Q    Okay.  Okay.  Something else that

3   Mr. Candela asked you earlier was about Chairmen Diaz's

4   speech.  Was it -- was it his inauguration speech as a

5   Commissioner?

6       A    No, not as a commissioner, no, as chairman.

7       Q    As chairman.  Okay.  And were you involved

8   in -- in preparing Diaz's speech?

9       A    Yes.  Along with Olga Vega.

10      Q    Did your name appear on that speech?

11      A    No.  It was a speech.  It wasn't printed

12  anywhere.

13      Q    Okay.  Did anyone direct you what to write

14  in that speech?

15      A    Olga Vega basically, I think she provided

16  like a rough draft.  I can't remember exactly but I do

17  remember working from some kind of draft that she

18  provided.  If I remember correctly.

19      Q    So your role was to edit the speech?

20      A    Edit and I think expand it a little bit.

21      Q    Okay.  And was that the role that you were

22  -- that you played in any of the other writings -- in all

23  the other writings that you took part in when you worked

24  as a BCC media commissioner -- a BCC media aid?  Excuse

25  me.

```
                                           Page 159
 1          A     Yes.
 2          Q     I'm sorry.  Were you answering my question
 3    there?
 4          A     Yes.
 5          Q     So is your answer "yes" to my question?
 6          A     Yes.
 7          Q     Okay.  So is it true to say that in March of
 8    2021 that you were working remotely?
 9          A     I believe so.  I think there were some days
10    when I went in.  Some days I did not.
11          Q     Did you -- when you worked on your opinion
12    piece, on what hours of the day were you working on it?
13          A     I wasn't working.  It was not during work
14    hours.
15          Q     Not during work hours.  Okay.  Would you
16    work on it during the weekends?
17          A     Would I?
18          Q     Yes.  Did you?  I mean.
19          A     Yes.  Well, it was Friday night and -- yeah
20    Friday night, I believe.
21          Q     Okay.  And when you worked remotely --
22    additionally Mr. Candela mentioned earlier that you also
23    worked on speeches for then Commissioner Audrey Edmonson,
24    correct?
25          A     Yes.  When she was Chair.
```

1       Q       When she was Chair.  So did -- were you

2   given -- were you directed on what to write for those

3   speeches?

4       A       Yes.

5       Q       And who directed you?

6       A       Again, I think it was -- if I remember her

7   name correctly -- it was Chelsea.

8       Q       Okay.  And would you describe your role as a

9   -- as an editor of what your given?

10      A       I was given a topic and then I had to expand

11  on that topic.

12      Q       Would you do things like correct grammar or

13  syntax?

14      A       Well, if there was something that was -- if

15  I was proof reading it and I saw something that was

16  grammatically wrong, yes.

17      Q       And so would you say that for all the

18  writings that you were involved in, that you were a

19  proofreader.

20      A       Partly.

21      Q       Okay.  So did you say when you would work

22  remotely during -- let me rephrase that.

23              When Mr. Candela asked you earlier if you

24  worked during -- if you worked remotely during the

25  weekend, the -- when you would -- when you worked

Page 162

1                          CERTIFICATE OF OATH

2

3

4    STATE OF FLORIDA          :

5    COUNTY OF MIAMI-DADE       :

6

7

8          I, Ivette Oviedo, Shorthand Reporter and Notary

9    Public, State of Florida, certify that, JOHN F. LABRIOLA,

10   appeared before me on the 1st day of June, 2023, and was

11   duly sworn.

12

13

14         WITNESS my hand and official seal this 12th day of

15   June, 2023.

16

17

                        Ivette Oviedo, RPR# 961103

18                      Notary Public, State of Florida at Large:

                        Commission No.: HH 356470

19                      Expiration date: March 7, 2027

20

21

22

23

24

25

Page 163

1                          CERTIFICATE

2

3    STATE OF FLORIDA          :

4                             :   SS.

5    COUNTY OF MIAMI-DADE      :

6

7              I, IVETTE OVIEDO, RPR certify that I was

8    authorized to and did stenographically report the

9    deposition of JOHN F. LABRIOLA in the above-entitled

10   cause; that a review of the transcript was requested; and

11   that the transcript is a true and complete record of my

12   stenographic notes.

13             I further certify that I am not a relative,

14   employee, attorney or counsel of any of the parties, nor

15   am I a relative or employee of any of the parties'

16   attorney or counsel connected with the action, nor am I

17   financially interested in the action.

18

19             Dated at Miami-Dade County, Florida, this

20   12th day of June, 2023

21

22

23             Ivette Oviedo, RPR# 961103

24

25

Page 165

1    JOHN F. LABRIOLA, vs. MIAMI-DADE COUNTY,

2    6-1-2023

3    JOHN F. LABRIOLA

4            E R R A T A   S H E E T

      PAGE _9_   LINE _11_

5    CHANGE _I was called in to depose ->_

            _I was called in to be deposed_

6

      REASON _misquote_

7

      PAGE _39_   LINE _23_

8    CHANGE _and he called him over ->_

            _and he called me over_

9

      REASON _misquote_

10

      PAGE _62_   LINE _8_

11   CHANGE _I don't recall in additional equipment ->_

          _I don't recall any additional equipment_

12

      REASON _misquote_

13

      PAGE _82_   LINE _14_

14   CHANGE _extremist ->_

          _extremists_

15

      REASON _misquote_

16

      PAGE _83_   LINE _1_

17   CHANGE _consent ->_

          _content_

18

      REASON _misquote_

19

      PAGE _100_   LINE _18_

20   CHANGE _pressure of people ->_

          _pressure people_

21

      REASON _misquote_

22

      Under penalties of perjury, I declare that I have read

23   the foregoing document and that the facts stated in it

      are true.

24

                                  _July 12, 2023_

25      JOHN F. LABRIOLA            Date