**Exhibit 5**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 1:22-cv-23196-HUCK/Becerra

JOHN F. LABRIOLA,

       Plaintiff,

v.

MIAMI-DADE COUNTY,

       Defendant.

_____/

## PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANT'S REQUESTS FOR PRODUCTION OF DOCUMENTS

Plaintiff John F. Labriola ("Plaintiff"), pursuant to Fed. R. Civ. P. 34, hereby serves his Responses and Objections to Defendant's Requests for Production of Documents.

Dated: May 22, 2023

                                          Respectfully submitted,

                                          <u>Alexander Bumbu</u>
                                          Alexander Bumbu
                                          Florida Bar No. 1024989
                               Southern District of Florida Bar No. 1024989
                                        **PACIFIC JUSTICE INSTITUTE**
                                          1021 Ives Dairy Rd.
                                          Bldg. 3, Ste. 115
                                          Miami, FL 33179
                                          Tel: (786) 496-3946
                                          Email: abumbu@pji.org
                                          No facsimile number
                                          *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of May, 2023, a true and correct copy of the foregoing was served on all counsel of record via electronic mail.

/s/ Alexander Bumbu

**SERVICE LIST**

Alexander Bumbu
Florida Bar No. 1024989
Southern District of Florida Bar No. 1024989
**PACIFIC JUSTICE INSTITUTE**
1021 Ives Dairy Rd.
Bldg. 3, Ste. 115
Miami, FL 33179
Tel: (786) 496-3946
Email: abumbu@pji.org
No facsimile number
*Counsel for Plaintiff*

William X. Candela
Assistant County Attorney
Florida Bar No. 759317
Southern District of Florida Bar No. 759317
**Miami-Dade County Attorney's Office**
Stephen P. Clark Center
111 N.W. 1st St.
Ste. 2810
Miami, FL 33128
Tel: (305) 375-5151
Fax: (305) 375-5634
Email: wxc@miamidade.gov
*Counsel for Defendant*

Andrea S. de Oña
Assistant County Attorney
Florida Bar No. 1019568
**Miami-Dade County Attorney's Office**
Stephen P. Clark Center
111 N.W. 1st St.
Ste. 2810
Miami, FL 33128
Tel: (305) 375-5151

Subject to the objections above and without waiving them, Plaintiff states that he already disclosed the documents which this Request seeks in Exhibits 7, 10, and 11 of his Amended Complaint. See also Amended Complaint ¶ 76. Plaintiff further disclosed the documents in his Initial Disclosures, and the documents were in the Defendant's possession in the first place because the Plaintiff got them from the Defendant through public records requests. Therefore, it would be unduly burdensome for the Plaintiff to produce those documents again.

**14. All documents that support, refer or relate to your allegations in Paragraph 45 of the Complaint that you "wrote the opinion piece on your own time (not during work hours)."**

**ANSWER:** Plaintiff objects to this Request because the phrase "refer or relate to" is vague and ambiguous. That phrase is not limited, defined, or explained in any way.

Furthermore, Plaintiff objects to this Request because its use of the words "you" and "your" makes it objectionable for all of the reasons stated in Plaintiff's General Objection to Definition "H."

Subject to the objections above and without waiving them, Plaintiff states that the relevant document is produced in the document **JL_000725-726**.

**15. All documents that support, refer or relate to your allegations in Paragraph 55 of the Complaint that Chairman Diaz "required [you] to undergo extra (and punitive) diversity training, all in retaliation for the Opinion-Piece."**

**ANSWER:** Plaintiff objects to this Request because the phrase "refer or relate to" is vague and ambiguous. That phrase is not limited, defined, or explained in any way.

Furthermore, Plaintiff objects to this Request because its use of the words "you" and "your" makes it objectionable for all of the reasons stated in Plaintiff's General Objection to Definition "H."

Subject to the objections above and without waiving them, Plaintiff states that he already disclosed the documents which this Request seeks in the Exhibits to his Amended Complaint and in his Initial Disclosures. Additionally, the documents were in the Defendant's possession in the first place because the Plaintiff got them from the Defendant through public records requests. Therefore, it would be unduly burdensome for the Plaintiff to produce those documents again.

**16. All documents that support, refer or relate to your allegations in Paragraph 68 of the Complaint that the County singled you out with your suspension.**

**ANSWER:** Plaintiff objects to this Request because the phrase "refer or relate to" is vague and ambiguous. That phrase is not limited, defined, or explained in any way.