# Exhibit 6

# Emails Showing That He Wrote the Opinion Piece on His Own Time

JL_000725



John Labriola <jflabriola@gmail.com>

## REVISED AGAIN - March column

**John Labriola** <jflabriola@gmail.com>                                           Sat, Feb 27, 2021 at 8:48 AM
To: Sophie Publishing House <sophieph.info@gmail.com>

I made a couple more changes. Sorry about that.

On Fri, Feb 26, 2021 at 9:09 PM John Labriola <jflabriola@gmail.com> wrote:
> Hi Karina. Please delete my earlier email and use this version instead. There were a couple of small mistakes in the other one.
>
> Thanks in advance!
>
> Regards,
>
> John
>
> On Fri, Feb 26, 2021 at 7:54 PM John Labriola <jflabriola@gmail.com> wrote:
>> Enjoy! Thanks again.

 **Re-Revised March 2021 UNcensored.docx**
22K

JL_000726