**Exhibit 8**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Case No. 1:22-CV-23196-HUCK/Becerra

JOHN F. LABRIOLA

 Plaintiff,

v.

MIAMI-DADE COUNTY,

 Defendant.
_____/

## DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Defendant, Miami-Dade County ("Defendant" and/or "MDC"), pursuant to Rule 33 of the Federal Rules of Civil Procedure, hereby serves its Responses and Objections to Plaintiffs' First Request for Production of Documents.

Dated: April 24, 2023    Respectfully submitted,

            GERALDINE BONZON-KEENAN
            Miami-Dade County Attorney
            Stephen P. Clark Center
            111 N.W. 1st Street, Suite 2810
            Miami, FL  33128

      By: /s/ *William X. Candela*
         William X. Candela
         Florida Bar No. 759317
         E-mail: wxc@miamidade.gov
         Assistant County Attorney
         Andrea S. de Oña
         Assistant County Attorney
         Florida Bar No. 1019568
         Email: Andrea.deona@miamidade.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the date shown above a true and correct copy of the foregoing was served on all counsel of record via electronic mail.

/s/ *William X. Candela*
William X. Candela

**SERVICE LIST**

**Alexander Bumbu, Esq**.
Florida Bar No. 1024989
1021 Ives Dairy Road
Bldg. 3, Suite 115
Miami, FL 33131
Tel:  (786) 496-3946
Email: abumbu@pji.org

Attorneys for Plaintiff
*Served via electronic mail*

**William X. Candela**
Assistant County Attorney
Florida Bar No. 759317
Miami-Dade County Attorney's Office
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, FL 33128
Tel: (305) 375-5151
Fax: (305) 375-5634
Email: wxc@miamidade.gov

Attorney for Defendant
*No Service Made*

**Andrea S. de Oña**
Assistant County Attorney
Florida Bar No. 1019568
Miami-Dade County Attorney's Office
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, FL 33128
Tel: (305) 375-5151
Fax: (305) 375-5634
Email: andreadeona@miamidade.gov

Attorney for Defendant
*No Service Made*

| Djuro Gargurevich | 111 NW 1st Street, 20th Floor Miami, FL 33128 | Miami-Dade County's Employee Personnel Files and Payroll Records |
|---|---|---|
| Jose "Pepe" Diaz Former Chairman of the Miami-Dade County Board of County Commissioners | 111 N.W. 1st Street Miami, FL 33128 | Chairman Diaz is familiar with the circumstances surrounding the Plaintiff's suspension and termination. Chairman Diaz is familiar with Plaintiff's duties and responsibilities. |
| Isidoro Lopez Former Chief of Staff to Chairman Diaz | 111 N.W. 1st Street Miami, FL 33128 | Mr. Lopez is familiar with the circumstances surrounding the Plaintiff's suspension and termination. Ms. Lopez is also familiar with the Plaintiff's duties and responsibilities. |
| Elda Green | 111 N.W. 1st Street Suite 320 Miami, FL 33128 | Ms. Green is familiar with the policies and procedures for the Board of County Commissioners. |
| Arleene Cuellar HR Director | 111 N.W. 1st Street, 21st Floor Miami, FL 33128 | Director Cuellar is familiar with Miami-Dade County Policies and Procedures. |
| Olga Vega | 111 N.W. 1st Street, 25th Floor Miami, FL 33128 | Ms. Vega attended some meetings wherein Plaintiff was present. |

3. Identify by title the extra diversity training session(s) that Plaintiff would have had to undergo and produce the document(s) for that/those session(s).

**ANSWER**: Defendant objects to this Interrogatory to the extent that it is vague and ambiguous as to its use of the word "extra" which is not limited, defined or explained in any way. Defendant further objects to this Interrogatory to the to the extent it assumes fact not in evidence (i.e. it assumes the existence of an "extra" diversity training.) Subject to the above objections, Defendant states on March 5, 2021, Plaintiff was issued a Disciplinary Action Report for violation of the County Rules, and Plaintiff was mandated to participate in training regarding the County's anti-discrimination policies. Implementing Order 7-45 was approved by the Board of County Commissioners in December 2019, replacing previous anti-discrimination policies. All county employees are required to take Implementing Order 7-45: Discrimination, Harassment and Retaliation. Plaintiff was ordered to complete Implementing Order 7-45: Discrimination, Harassment and Retaliation located on Miami-Dade County's e-learning portal: [e-Learning (miamidade.gov)](). *See* Defendant's Responses to Plaintiff's Request for Production No. 1.

4