**Exhibit 9**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 1:22-CV-23196-HUCK/Becerra**

JOHN F. LABRIOLA

      Plaintiff,

v.

MIAMI-DADE COUNTY,

      Defendant.

_____/

## DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS

      Defendant, Miami-Dade County ("Defendant" and/or "MDC"), pursuant to Rule 34 of the

Federal Rules of Civil Procedure, hereby serves its Responses and Objections to Plaintiffs' First

Request for Production of Documents.

Dated: April 24, 2023             Respectfully submitted,

                         GERALDINE BONZON-KEENAN
                         Miami-Dade County Attorney
                         Stephen P. Clark Center
                         111 N.W. 1st Street, Suite 2810
                         Miami, FL  33128

            By:     /s/ *William X. Candela*
                         William X. Candela
                         Florida Bar No. 759317
                         E-mail: wxc@miamidade.gov
                         Assistant County Attorney
                         Andrea S. de Oña
                         Assistant County Attorney
                         Florida Bar No. 1019568
                         Email: Andrea.deona@miamidade.gov

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on the date shown above a true and correct copy of the foregoing was served on all counsel of record via electronic mail.

/s/ *William X. Candela*
William X. Candela

## <u>SERVICE LIST</u>

**Alexander Bumbu, Esq**.
Florida Bar No. 1024989
1021 Ives Dairy Road
Bldg. 3, Suite 115
Miami, FL 33131
Tel:  (786) 496-3946
Email: abumbu@pji.org

Attorneys for Plaintiff
*Served via electronic mail*

**William X. Candela**
Assistant County Attorney
Florida Bar No. 759317
Miami-Dade County Attorney's Office
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, FL 33128
Tel: (305) 375-5151
Fax: (305) 375-5634
Email: wxc@miamidade.gov

Attorney for Defendant
*No Service Made*

**Andrea S. de Oña**
Assistant County Attorney
Florida Bar No. 1019568
Miami-Dade County Attorney's Office
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, FL 33128
Tel: (305) 375-5151
Fax: (305) 375-5634
Email: andreadeona@miamidade.gov

Attorney for Defendant
*No Service Made*

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1.  On March 5, 2021, Labriola was issued a Disciplinary Action Report (DAR) wherein he was ordered by then-Chairman Díaz to participate in anti-discrimination training. Please produce:

> a.  All documents showing the specific kind(s) of anti-discrimination training that Labriola would have had to undergo, including questions, answers, and the training module(s) for that/those kind(s) of anti-discrimination training.
>
> b.  All documents showing the kinds of anti-discrimination training that Labriola has participated in in the past, including questions, answers, and the training module(s) for that/those kind(s) of anti-discrimination training.
>
> c.  The training modules for each type of anti-discrimination training that the County conducts.

> **RESPONSE**: Defendant objects to this Request to the extent that it is overly broad, unduly burdensome, not reasonably limited in temporal scope, and not reasonably calculated to lead to admissible evidence because the Request asks for "all documents" and "each type of anti-discrimination training" with no time and no limitation that would make these records relevant to the lawsuit. Subject to the above objections, Defendant refers Plaintiff to **MDC_000001-31.**

2.  Please produce documents showing all the County employees who were required to undergo "diversity training" or "anti-discrimination training" between March 1, 2021 (inclusive) and April 14, 2021 (inclusive) and the reason(s) they were required to do so.

> **RESPONSE**: Defendant objects to this Request to the extent that it is overly broad and unduly burdensome given the fact that it requires documents related to "all the County employees" and Defendant is Miami-Dade County which has a work force of over 30,000 employees spread over twenty-five different Departments, and Plaintiff did not work at any of these Departments.

3.  Please produce all documents showing which anti-discrimination trainings were regularly scheduled for County employees during the period of March 2021 until April 2021.