**Exhibit 10**

 Gmail

John Labriola <jflabriola@gmail.com>

---

## Fwd: Reminder - Training

**Labriola, John F. (Office of the Chair)** <John.Labriola@miamidade.gov>
To: "jflabriola@gmail.com" <jflabriola@gmail.com>

Mon, Mar 29, 2021 at 12:54 PM

---

**From:** Lopez, Isidoro (Office of the Chair) <Isidoro.Lopez@miamidade.gov>
**Sent:** Monday, March 29, 2021 12:24 PM
**To:** Labriola, John F. (Office of the Chair) <John.Labriola@miamidade.gov>
**Cc:** Cuellar, Arleene (HR) <Arleene.Cuellar@miamidade.gov>; Vega, Olga R. (Office of the Chair)
<Olga.Vega@miamidade.gov>
**Subject:** RE: Reminder - Training

Hi John,

Your claim of distress is self-imposed. All you had to do last Friday March 26 was send an email to the HR Department with a proposed date and time of your choice for a virtual training session regarding County policy to be conducted while you are being paid.  That was a simple task that you were ordered to perform and yet you still have not complied.  The order did not mention or demand that you surrender your conscience or your beliefs as you mention in your email.

The County's anti-discrimination policy in Implementing Order 7-45 was adopted unanimously by the Board of County Commissioners in 2019.  That Board policy is the subject of the training you have been ordered to complete.  The order for you to be trained while on duty being paid regarding the Board's anti-discrimination policy is not harassment or discrimination.  It is the opposite of that.  The purpose of the training is to prevent unlawful discrimination and unlawful harassment.  Employers all over the Country train employees on such anti-discrimination policies.

John, whether you disagree with the DAR is not the issue today.  Right now, what needs to happen is you need to send an email by 4 pm today to schedule this training in the manner required in the March 25 email you received.   If you do not, you may be dismissed from employment since this email is now your fourth chance in writing to comply with a simple direct order to send an email while on duty being paid.

Once again, I encourage you to comply today.

Kind Regards,

I.       Lopez

Isidoro R. Lopez, Esq.

Chief of Staff

MDC_000001

Home (/global/home.page) > Human Resources (/global/humanresources/home.page) > e-Learning

# e-Learning

Share:   f   🐦

Below you will find a list of all online classes. Please read the instructions carefully before starting a class.

**Disaster Assistance Employee (DAE)**

**Instructions**

**Ethics Training for Employees**

**Interviewing Made Easy**

**Management/Professional Performance Appraisal**

**Keys To Unlocking County Services**

**Know Your County Government**

**Diversity Matters**

MDC_000002

**Employee Protection Ordinance**

**Plan to Survive an Active Shooter Event**

**Resume Writing**

**Service Excellence**

**Stress Management**

**Time Management**

**Valuing Cultural Diversity**

**Violence in the Workplace**

**Implementing Order 7-45: Discrimination, Harassment and Retaliation**

Implementing Order 7-45 was approved by the Board of County Commissioners in December 2019, replacing previous anti-discrimination policies. This online video will ensure that all Miami-Dade County employees understand the County's policy related to these topics, their protections and their responsibilities.

- ➤ Anti-Discrimination Policy (AO 7-45) (https://miamidade.granicus.com/MediaPlayer.php?publish_id=92988709-b8ab-11eb-8549-0050569183fa)
- ➤ Anti-Discrimination Policy Quiz (https://hrprd.miamidade.gov/psp/HRPRD/EMPLOYEE/HRMS/c/MDC_CUSTOM_MENU.MDC_TRN_STU_TEST.GBL&PAGE=MDC&)

MDC_000003

# Related Documents

- Interviewing Made Easy Course Material (https://www.miamidade.gov/humanresources/library/elearning-interviewing.pdf)

- Management/Professional Performance Appraisal Course Material (https://www.miamidade.gov/humanresources/library/elearning-performance-appraisal.pdf)

- Know Your County Government Course Material (https://www.miamidade.gov/humanresources/library/know-your-county-government.pdf)

- Resume Writing Course Material (https://www.miamidade.gov/humanresources/library/elearning-resume-writing.pdf)

- Service Excellence Course Material (https://www.miamidade.gov/humanresources/library/elearning-service-excellence.pdf)

- Stress Management Course Material (https://www.miamidade.gov/humanresources/library/elearning-stress-management.pdf)

- Time Management Course Material (https://www.miamidade.gov/humanresources/library/elearning-time-management.pdf)

- Time Management Balance Wheel (https://www.miamidade.gov/humanresources/library/elearning-time-management-balance-wheel.pdf)

- Time Management Self-Quiz (https://www.miamidade.gov/humanresources/library/elearning-time-management-self-quiz.pdf)

- Valuing Cultural Diversity Training (https://www.miamidade.gov/humanresources/library/elearning-cultural-diversity.pdf)

Was this page helpful?   Yes   No

## PHONE NUMBER(S)

**Human Resources Training Staff**
305-375-2473

**HUMAN RESOURCES (/GLOBAL/HUMANRESOURCES/HOME.PAGE)**
Arleene Cuellar, Director (/global/government/biographies/human-resources.page)

**Stephen P. Clark Center**
111 NW 1st Street,
21st Floor
Miami, FL 33128
305-375-1589 (tel:305-375-1589)

Contact Us (/global/humanresources/contact.page)
Request Public Records (/global/publicrecords/search.page)

**f**   (https://www.facebook.com/MiamiDadeHumanResources/)

**🐦**   (https://twitter.com/miamidadehr)   **📷**   (https://www.instagram.com/miamidadehr)

**in**   (https://www.linkedin.com/company/miami-dade-human-resources-department)

MDC_000005



# Human Rights & Fair Employment Practices Division

## Overview of the County's Anti-Discrimination Policy

MDC_000006

1

# Objective

- To ensure all County employee's understand and adhere to the County's anti-discrimination policy and complaint reporting procedures.

MDC_000007

MIAMI-DADE
COUNTY

2

# What HRFEP Does

| Intake and investigate internal & external discrimination complaints | Provide Mediation services | Provide specialized training and participate in outreach activities | Diversity Management & Policy-Development |

MDC_000008

**MIAMI·DADE** COUNTY

**3**

# FEPLs

**Fair Employment Practices Liaisons:**

- Notifies HRFEP of the complaint
- Takes all complaints seriously
- Tries to resolve the issues internally
- HRFEP provides support to FEPLs
- FELP can forward a complaint to HRFEP for investigation
- HRFEP can refer complaints based on unfair practices to FEPLs for response
- List of FEPLs for each department is available at [www.miamidade.gov/humanrights/library/department-liaisons-updated.pdf](http://www.miamidade.gov/humanrights/library/department-liaisons-updated.pdf)

February 2021



MDC_000009

4

# Miami-Dade County Policy

**Implementing Order (IO) 7-45: Equal Employment Opportunity Policy Prohibiting Unlawful Discrimination, Harassment or Retaliation**

**http://www.miamidade.gov/aopdfdoc/aopdf/pdffiles/IO7-45.pdf**

**The policy of Miami-Dade County is to ensure that all employees are able to enjoy a work environment free from all forms of discrimination, including harassment and retaliation**

February 2021

MDC_000010

5

# **Protected Classes**

- race

- sex

- color

- national origin

- religion

- retaliation

- age

- disability

- ancestry

- marital status

- pregnancy

- sexual orientation,

- gender identity or expression

- status as a victim of domestic violence, or

- the exercise of their constitutional or statutory rights

February 2021

6

MIAMI-DADE COUNTY
MDC_000011

# Negative Impact

- We have a **moral and legal duty** to stop all forms of discrimination

- It is **Bad for Business**!
  - **Direct financial costs** associated with defending EEOC charges and lawsuits
  - Adverse impact on health & workplace productivity of the **target** and the **coworkers** who witness the behavior
  - **Job Turnover**
  - **Harm to the County's Reputation**

MDC_000012

# Discrimination

Discrimination is the practice of unfairly treating a person or group of people differently from another person or groups of people.

There are four types of **illegal** discrimination:

- Disparate Treatment
- Disparate Impact
- Harassment
- Retaliation

MDC_000013

# Harassment – Unlawful vs. Awful

## Unlawful:

- Verbal or physical conduct
- Demeans, stereotypes, or shows hostility based on a protected class
- Unwelcome
- Can be one serious incident or several small incidents over time
- Harassers include supervisors, co-workers, or non-employees
- Intent is not a defense

February 2021



MDC 000014

9

# Harassment – Unlawful vs. Awful

### Awful:

- Inappropriate behavior
- Unwelcome and offensive
- Not related to a protected class
- Isolate or infrequent
- Can be a violation of policy even though it is not unlawful behavior



10

# Distinction Between Harassment and Legitimate Management Actions

- Management must be able to make certain decisions and take action that may negatively impact individual employees

- If there is a legitimate reason for the action – this is not harassment

MDC_000016

# Sexual Harassment

- Unwelcome sexual advances
- Request for sexual favors
- Sex based verbal or physical acts
- Made a term or condition of employment
- Basis for employment decisions
- Can involve individuals of the same or different genders
- Again, intent is not a defense



MDC_000017

12

# Retaliation

## Adverse actions taken against an employee because they:

- Complained about unlawful discrimination, harassment or retaliation
- Opposed unlawful discrimination, harassment or retaliation
- Participated in an internal investigation or lawsuit, including as a witness
- Associated with an individual who engaged in a protected activity



MDC_000018

13

# What Else is Covered

- The policy extends to conduct that occurs at any location that could be reasonably regarded as an extension of the workplace, including during travel, training conference, in a vehicle, or any other location or facility where county government business is being conducted



MDC_000019

# Social Media

- It also extends to inappropriate, discriminatory or harassing posts or communication on **personal social media.**



- Includes Social Networks (Facebook, Twitter, LinkedIn), Community Blogs (Tumblr, WordPress), Discussion forums (Reddit, Quora), Review networks (Yelp, Trip Advisor), Media Sharing (Instagram, Snapchat, YouTube), etc.

MIAMI-DADE COUNTY
MDC_000020

# Reporting

If you experience (or witness) a policy violation:

- Tell them their behavior is offensive and ask them to stop; if they don't, report it or file a complaint



- Any employee witnessing this conduct is **_strongly encouraged_** to report it

- If you are a supervisor, reporting is **<u>MANDATORY!!</u>**

- Investigations are discrete and confidential

- Prompt and effective steps are taken to stop the behavior, including corrective action depending on the circumstances

MDC_000021

16

# Bystander Intervention

- Bystander intervention is safe and positive options that may be carried to prevent or intervene when there is a risk of discriminatory behavior
- We have all been bystanders in our lives, and we will all be in situations where we are bystanders in the future.
- Any employee who witnesses discriminatory, harassing or retaliatory conduct or becomes aware of such conduct or a violation of this policy is strongly encouraged to immediately report this information to their departmental FEPL and/or HRFEP.

**You can make a difference!**

February 2021

MIAMI-DADE
COUNTY
MDC_000022

17

# Complaint Filing Methods

Complaints may be submitted to HRFEP by any of the following methods by:

- visiting our office on the 21st floor
- fax at (305) 375-2114
- e-mail at ofep@miamidade.gov
- completing an on-line complaint form available at http://www.miamidade.gov/humanrights

The complaint must be submitted in writing.

MDC-000023

18

# Anonymous Complaints

**Anonymous complaints are accepted:**

- Anonymous complaints can be filed through web-based reporting system at [www.miamidade.gov/humanrights](www.miamidade.gov/humanrights)

- Will be investigated to greatest extent possible

- All complaints are kept confidential to the extent possible

MDC_000024

# Non-Employee Complaints

## Made by or against Non-Employees:

- Includes customers, visitors, lobbyist, contractors, vendors, board members, volunteers, custodians, security

- Similar protections are given to non-employees when they are the victims

- Protects county employees from inappropriate behavior from non-employees

- Can result in notification to their employer, removal, exclusion, protective orders, etc.

MIAMI-DADE COUNTY

MDC_000025

# Complaint Resolutions

**Possible Outcomes of the Investigation:**

- No Violation – the behavior did not violate this policy

- Inappropriate Behavior Not Rising to the Level of a Violation – the behavior was inappropriate and unprofessional but did not violate this policy

- Violation – HRFEP, the HR Director, and Labor Relations will make recommendations to remedy the effects and ensure it is not repeated

MDC_000026

MIAMI-DADE
COUNTY

# Appeals

**Right to Appeal the Outcome:**

- Request must be received within 15 days from receipt of determination.
- Request must be submitted in person, via certified mail or via email. Requests via fax or telephone are not accepted.
- Employees covered by a CBA complaining about discipline, may not be entitled to this type of appeal.
- Contact Labor Relations & Compensation at (305)375-4171 for information regarding disciplinary action appeals and/or the career service grievance process.

February 2021

MDC_000027

# External Agencies

**Employees also have the right to file with outside agencies:**

**EEOC**
**Miami District Office**
100 S.E. 2nd Street,
Suite 1500
Miami, FL  33131
Ph: (305) 808-1745
www.eeoc.gov

**FCHR**
4075 Esplanade Way,
Room 110
Tallahassee, FL  32399
Ph: (800) 342-8170
fchr.myflorida.com



MDC_000028

# Mandatory Training

### Specialized Training Programs:

- All County employees are required to take training regarding IO 7-45
- HRFEP also facilitates specialized training programs for departments, including:
- Workplace Civility and Respect
- Tackling Unconscious Bias
- Tackling Racial Bias
- Preventing Sexual Harassment
- Preventing Harassment
- Disability Etiquette
- LGBTQ Awareness



MDC_000029

# Employee & Department Responsibilities

## *Think before you act…model respectful, professional conduct*

- If you become aware that you have offended someone:
  - Start with an apology
  - Stop the offensive behavior immediately

- If you are a victim or a witness, take steps to stop the offensive behavior:
  - Understand the County's policy
  - Report the conduct to Supervisor/ Manager/ DPR/ Fair Employment Practices Liaison or HRFEP



MDC_000030

# Contact Information

**Human Resources Department**
**Human Rights and Fair Employment Practices Division**
**111 NW 1 Street, 21st Floor**
**Miami, FL  33128**
**(305) 375-2784**
**(305) 375-2114 fax**
**ofep@miamidade.gov**
**www.miamidade.gov/humanrights**

February 2021

MDC_000031

26



Human Resources Department

## Official Student Transcript

**LABRIOLA, JOHN**          **Emp. Id.**      **210098**

| **NEO** | **NEW EMPLOYEE ORIENTATION** | **Certification Pending** | |
|---|---|---|---|
| ETHFEOL | ETHICS TRAINING FOR EMPLOYEES | 8/21/2019 | Core |
| KYCG-71 | KNOW YOUR COUNTY GOVERNMENT ONLINE | 7/24/2013 | Core |
| SE-5 | SERVICE EXCELLENCE ONLINE | 7/24/2013 | Core |
| ETHN5-3 | ETHICS PHASE V ONLINE | 7/24/2013 | Core |

| **Classes** | | |
|---|---|---|
| NEO | NEW EMPLOYEE ORIENTATION | 7/23/2013 |
| OD | ORGANIZATIONAL DEVELOPMENT | 7/2/2007 |
| ETHN5-2 | ETHICS PHASE V NEW HIRE-CLASS | 5/31/2006 |
| NEKK | NEW EMPLOYEE ORIENTATION - KNOW YOUR COUNTY G | 5/31/2006 |
| NEK1 | NEW EMPLOYEE ORIENTATION MORNING | 5/30/2006 |
| NEK2 | NEW EMPLOYEE ORIENTATION AFTERNOON | 5/30/2006 |

| **OnLine Classes** | | |
|---|---|---|
| EPO | EMPLOYEE PROTECTION ORDINANCE | 9/22/2017 |
| KYCG-71 | KNOW YOUR COUNTY GOVERNMENT ONLINE | 7/24/2013 |

MDC_000032

**From:** Orlando Gonzales <orlando@save.lgbt>
**Sent:** Friday, March 5, 2021 3:09 PM
**To:** New, Erin (HR)
**Cc:** Justin Klecha; Cava, Daniella Levine (Office of the Mayor); Cervone, Johanna (Office of the Mayor); Higgins, Danielle Cohen (DIST8); Zea, Natalia (DIST8); Clayton, Jeve (DIST8); Higgins, Eileen (DIST5); Fernandez, Maggie M. (DIST5); Cohen, Rachel (DIST5); District10; District2 (DIST2); gerardp@miamidade.gov; District11; Bustamante, Ana (DIST11); District12; Gomez, Andrenella (DIST12); Justin Funck; District3; District9; District1; District7; Fernandez, Alejandro J. (DIST6); District6; Aguirre, Betty (DIST6); District 13; District4; Needelman, Heather
**Subject:** Miami Herald article entitled "A Miami-Dade government employee wrote a slur-laden tirade against transgender people"

<span style="background-color:blue">EMAIL RECEIVED FROM EXTERNAL SOURCE</span>

Dear Director New,

Kindly find my letter concerning the Miami Herald article entitled "A Miami-Dade government employee wrote a slur-laden tirade against transgender people" attached.

Many thanks in advance for your time and attention to this matter.

Orlando

--



**Orlando Gonzales (he, el, they)**
Executive Director at SAVE Inc / SAVE Foundation

**Address** 1951 NW 7th Avenue Suite 600, Miami, FL 33136
**Phone** 305-751-7283    **Mobile**  305-968-8522
**Email**  orlando@save.lgbt
**Website**  http://www.save.lgbt/



MDC_000033

**SAVE**LGBT   1951 NW 7 AVE, SUITE 600, MIAMI, FL 33136
305.751.SAVE (7283) | SAVE@SAVE.LGBT

Erin New, Director
Miami-Dade County
Human Rights and Fair Employment Practices
111 NW 1st St
Miami, FL 33128

March 5, 2021

Dear Director New,

The Miami Herald article entitled "A Miami-Dade government employee wrote a slur-laden tirade against transgender people" written by Bianca Padro Ocasio on March 5, 2021 reports that John Labriola has conducted himself in manner that blatantly demonstrates his bias against LGBTQ people.  Miami-Dade County's Human Rights Ordinance "makes it unlawful to discriminate against any person in Miami-Dade County in employment, housing, and public accommodations; and credit and financing practices on the basis of race, color, religion, ancestry, national origin, sex, pregnancy, age, disability, marital status, familial status, sexual orientation, gender identity or expression, and/or status as a victim of domestic violence, dating violence, or stalking, and/or source of income."

As a County employee, Mr. Labriola is a danger to the community given his record and attitude towards the LGBTQ community.  Through his statements he demonstrates that he is unfit for a role in government as civil servant in service to the residents of the County, a public accommodation.

As South Florida's longest serving organization advocating for equal rights for the lesbian, gay, bisexual, transgender, and queer community we condemn Mr. Labriola's actions. We request that Miami Dade County government leaders and elected officials fully investigate this matter and discipline Mr. Labriola by dismissing him from his role. The use of public dollars for his salary is discordant with the county's human rights ordinance.

Thank you for your time and attention to this matter. We look forward to learning that immediate action is taken.

Sincerely,

Orlando Gonzales
Executive Director



WWW. **SAVE**.LGBT
PROMOTE, PROTECT, AND DEFEND EQUALITY FOR ALL!

MDC_000034



1951 NW 7 AVE, SUITE 600, MIAMI, FL 33136
305.751.SAVE (7283) | SAVE@SAVE.LGBT

CC:   The Honorable Mayor Danielle Levine Cava
      The Honorable Chairman Jose "Pepe" Diaz
      The Honorable Vice Chairman Oliver Gilbert III
      The Honorable Commissioner Jean Monestime
      The Honorable Commissioner Keon Hardemon
      The Honorable Commissioner Sally Heyman
      The Honorable Commissioner Eileen Higgins
      The Honorable Commissioner Rebeca Sosa
      The Honorable Commissioner Raquel Regalado
      The Honorable Commissioner Danielle Cohen Higgins
      The Honorable Commissioner Kionne McGhee
      The Honorable Commissioner Javier Souto
      The Honorable Commissioner Joe Martinez
      The Honorable Commissioner Rene Garcia

WWW. saVE .LGBT

PROMOTE, PROTECT, AND DEFEND EQUALITY FOR ALL!

MDC_000035

**MEMORANDUM** 

**Date:** May 4, 2021

**To:** Arleene Cuellar, Director
Human Resources Department

**From:** Erin A. New, Division Director
Human Rights & Fair Employment Practices

**Subject:** John Labriola (BCC) - Complaint Investigative Findings

On March 5, 2021,  the Human Rights & Fair Employment Practices Division (HRFEP) of the Human Resources Department received a written complaint from Orlando Gonzales, Executive Director of SAVE Inc., in which he alleged that John Labriola, Media Aide, Board of County Commissioners (BCC), engaged in discriminatory and harassing conduct based on sexual orientation, gender identity and gender expression in an online article he wrote for a section called "UNcensored" in the March 2021 edition of "Sophie's Voice," a newsletter published by Sophie's Publishing House Inc. Specifically, Mr. Gonzales alleged that Mr. Labriola used offensive and derogatory slurs toward the LGBTQ+ community in the article, in violation of the County's Human Rights Ordinance and Implementing Order 7-45. Mr. Gonzales included a link to an article published in the Miami Herald on March 5, 2021, titled, "A Miami-Dade government employee wrote a slur-laden tirade against transgender people."

On March 15, 2021, HRFEP received another complaint against Mr. Labriola from a resident named Jacob Joseph, which was submitted on the Human Resources Department's Facebook page. Mr. Joseph's  complaint included a screenshot of a public Facebook post Mr. Labriola made on his personal Facebook page, in which he criticized the Miami Herald's depiction of his "Sophie's Voice" article and stated, among other things, that "there is no such thing as transgender."

As part of HRFEP's review of this complaint and in order to ensure that Mr. Labriola was not engaging in this type of conduct in the workplace, all of the employees that work with Mr. Labriola in BCC Media Division were interviewed. Overall, our review did not find any evidence to establish that Mr. Labriola engaged in any harassing or discriminatory behavior based on any protected characteristic ***within the workplace***. However, the findings revealed that Mr. Labriola's use of extremely inappropriate and offensive language in the newsletter article did constitute a violation of County policies, including Implementing Order 7-45.

Records show that on March 5, 2021, Mr. Labriola was issued a Disciplinary Action Report and a 3 day suspension in connection with this incident. In addition to the suspension, the DAR directed Mr. Labriola to register for diversity training within 7 days of receipt. Due to his failure to register for the required training, Mr. Labriola's employment with the County was terminated on April 13, 2021.

Accordingly, HRFEP has determined that the BCC has taken appropriate action to address Mr. Labriola's violation of County policies and no further action is warranted.

Please feel free to contact me if you have any questions.

MDC_000036