**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cv-23196-PCH**

JOHN F. LABRIOLA,

Plaintiff,

v.

MIAMI-DADE COUNTY,

Defendant.

---

**ORDER ADOPTING IN PART REPORT AND RECOMMENDATION**

This matter is before the Court upon Defendant Miami-Dade County's Corrected Motion to Tax Costs **(ECF No. 76)**. The Court referred this matter to Magistrate Judge Lauren F. Louis for a report and recommendation pursuant 28 U.S.C. § 636. On June 29, 2026, Magistrate Judge Louis issued a Report and Recommendation ("R&R") recommending that Defendant be awarded $3,826.12 in taxable costs (ECF No. 80). Plaintiff's Objections to the R&R (ECF No. 81) raised three objections: (1) to the $41 in "Logistics & Processing" and "Hosting & Delivery of Encrypted Files" charges; (2) to the $195 in court reporter attendance fees; and (3) to the lack of a 90% indigency-based reduction in costs. After its review of the record and for the reasons discussed at the hearing on July 15, 2026 (ECF No. 83), it is

**ORDERED AND ADJUDGED** as follows:

1. The R&R is **ADOPTED in part and DENIED in part**. The Court SUSTAINS Plaintiff's objection to the $41 in "Logistics & Processing" and "Hosting & Delivery of Encrypted Files" charges but OVERRULES Plaintiff's objection to the $195 in court reporter attendance fees and Plaintiff's objection to the lack of a 90% indigency-based reduction in

costs. Defendant is awarded **$3,785.12** in taxable costs. No post-judgment interest will be charged to Plaintiff except as allowed by the paragraph below.

2. Plaintiff John Labriola shall make monthly payments in the amount of $50.00 to Defendant Miami-Dade County until the total amount is paid in full, beginning on October 1, 2026. If Labriola fails to make a monthly payment by the fifth day of the month, Defendant may seek the Court's intervention. If the Court determines that Labriola has not complied with the monthly payment schedule outlined above for two or more months, the Court will issue Final Judgment in favor of Miami-Dade County for the remaining amount owed, plus post-judgment interest.

**DONE AND ORDERED** in Miami, Florida, on September 8, 2026.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

**Copies provided to:**
Magistrate Judge Lauren F. Louis
Counsel of Record